**Victor ZAMARRIPA–BONILLA, a.k.a. Victor Zamarripa, a.k.a. Victor Manuel Zamarripa, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–72530.

United States Court of Appeals, Ninth Circuit.

Feb. 12, 2014.*

Mario Acosta, Jr., Esquire, Law Offices of Mario Acosta, Jr., Los Angeles, CA, Petitioner.

OIL, Eric Warren Marsteller, Esquire, William Charles Peachey, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: D.W. NELSON, PAEZ, and NGUYEN, Circuit Judges.

## MEMORANDUM **

Victor Zamarripa–Bonilla ("Zamarripa") petitions for review of a final order of removal from the Board of Immigration Appeals. We have jurisdiction pursuant to 8 U.S.C. § 1252, and we dismiss the petition. The government proved through admissible evidence that Zamarripa served a sentence longer than one year for violating California Penal Code § 273.5(a). Therefore, because a conviction under California Penal Code § 273.5(a) is categorically a crime of violence, Zamarripa was removable as an aggravated felon. 8 U.S.C. § 1227(a)(2)(A)(iii); *Banuelos–Ayon v. Holder,* 611 F.3d 1080, 1083 (9th Cir.2010).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

